IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL GARCIA, | ) |
| Petitioner, | ) ) ) |
| v. | )   CASE NO. 2:17-cv-327-RAH-CSC |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## **ORDER**

On November 29, 2023, the Magistrate Judge filed a Recommendation that this case be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with court orders. (Doc. 28.) No objections to the Recommendation have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) the Magistrate Judge's Recommendation (Doc. 28) is ADOPTED; and

(2) this case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b).

A final judgment will be entered separately.

DONE, on this the 19th day of December 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE